UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

v.

PEDRO MARTE,

                                    Defendant.
--------------------------------------------------------X

**SCHEDULING ORDER**

7:25-cr-442 (PMH)

     Due to a scheduling conflict, the Sentencing Hearing scheduled for April 14, 2026 is re-scheduled to April 21, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

     It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
       January 7, 2026

_____
Philip M. Halpern
United States District Judge