UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA       :

      :

v.       :     **<u>ORDER</u>**

      :

PEDRO MARTE,       :     7:25-cr-00442-PMH

      :

      Defendant.     :
-------------------------------------------------------------x

Sentencing in this matter is scheduled for April 21, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. Defendant's Sentencing Memorandum requests that the Court impose a sentence to run concurrently with his anticipated state court sentence in Case No. CR-01318-25, pending in New Rochelle City Court, and that the Court adjust his sentence for the time Defendant has spent in state custody since April 7, 2025 pursuant to U.S.S.G. § 5G1.3(b). The Government does not address this argument in its Sentencing Memorandum.

The PSR states that Defendant also raised this comment in response to Paragraph 122. The Government responded that the conduct underlying the state charges represents relevant conduct to the instant offense of conviction. Probation responded that § 5G1.3(b) is not applicable because there is no undischarged term of imprisonment in Case No. CR-01318-25. In addition, Probation states that should this state case be dismissed, the BOP will credit all time served, regardless if it is relevant conduct or not, pursuant to18 U.S.C. § 3585(b)(2).

By April 16, 2026, the Government is directed to file a supplemental submission stating its position regarding the applicability of § 5G1.3(b) or § 5G1.3(c), and its response to Defendant's request for an adjustment to his sentence for the time he has served in state custody for relevant conduct to the instant offense of conviction.

**SO ORDERED:**

Dated: White Plains, New York
      April 9, 2026

_____
Philip M. Halpern
United States District Judge